

# United States District Court
# Eastern District of California

| VITAL DISTRIBUTIONS, LLC, | Case Number: 2:22-cv-00319-MCE-KJN |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| PEPPERIDGE FARM, INCORPORATED, | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Igor V. Stadnik hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Pepperidge Farm, Incorporated

On 05/01/2015 (date), I was admitted to practice and presently in good standing in the Washington Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 04/04/2022    Signature of Applicant: /s/ [signature]

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Igor V. Stadnik |
| Law Firm Name: | Keesal, Young & Logan |
| Address: | 1301 Fifth Avenue, Suite 3100 |
| City: | Seattle   State: WA   Zip: 98101 |
| Phone Number w/Area Code: | (206) 622-3790 |
| City and State of Residence: | Federal Way, WA |
| Primary E-mail Address: | igor.stadnik@kyl.com |
| Secondary E-mail Address: | sarah.yong@kyl.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Bentley P. Stansbury III |
| Law Firm Name: | Keesal, Young & Logan |
| Address: | 400 Oceangate, Suite 1400 |
| City: | Long Beach   State: CA   Zip: 90802 |
| Phone Number w/Area Code: | (562) 436-2000   Bar #: 229102 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 4-4-2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 49123 |
| OF | ) | **CERTIFICATE** |
| IGOR V. STADNIK | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**IGOR V. STADNIK**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 1, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 2nd day of March, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court