MICHAEL M. GLESS, CASB No. 37935
BENTLEY P. STANSBURY III, CASB No. 229102
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

Attorneys for Defendant
PEPPERIDGE FARM, INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation, <br><br> Defendants. | Case No. 2:22-cv-00319-MCE-KJN <br><br> **ORDER RE DISCOVERY** |

- 1 -

1   Pursuant to the Joint Stipulation Re Discovery [ECF No. 24], the Court hereby orders that the deadline for Defendant PEPPERIDGE FARM, INCORPORATED ("Pepperidge Farm") to respond to Plaintiff VITAL DISTRIBUTIONS, LLC's ("Vital") (1) Request for Production of Documents, Set One; (2) Request for Admissions, Set One; and, (3) Interrogatories, Set One (collectively, "Discovery Requests"), which were served via e-mail on November 28, 2022, shall be extended for a period of twenty-eight (28) days.

IT IS SO ORDERED.

Dated: January 3, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

ORDER RE DISCOVERY – Case No. 2:22-cv-00319-MCE-KJN
KYL4875-5063-6869.1