Tory E. Griffin (SBN 186181)
Jake C. Weaver (SBN 300962)
Avalon J. Fitzgerald (SBN 288167)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  tgriffin@rtwlawllp.com
Email:  jweaver@rtwlawllp.com
Email:  afitzgerald@rtwlawllp.com

Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:22-cv-00319-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER RE SETTLEMENT CONFERENCE** |

Pursuant to E.D. Cal. Local Rule 270, Plaintiff Vital Distributions, LLC ("Plaintiff") and Defendant Pepperidge Farm, Incorporated ("Defendant") jointly agree, stipulate, and request that the assigned Magistrate Judge, Chief United States Magistrate Judge Kendall J. Newman, participate in an in-person settlement conference in this action. Plaintiff and Defendant further jointly agree and stipulate that they hereby waive any claim of disqualification of the assigned Magistrate Judge on that basis.  Both parties are too have direct access to the appropriate person having full settlement authority at the settlement conference.

**IT IS SO STIPULATED.**

Dated:  October 19, 2023        REYNOLDS TILBURY WOODWARD LLP

By: _____*/s/ Jake C. Weaver*_____
JAKE C. WEAVER
Attorneys for Plaintiff
VITAL DISTRIBUTIONS, LLC

Dated: October 19, 2023         KEESAL, YOUNG & LOGAN

By: */s/Bentley P. Stansbury III* (as authorized 10-16-23)
BENTLEY P. STANSBURY III
Attorneys for Defendant
PEPPERIDGE FARM, INCORPORATED

**IT IS SO ORDERED.**

Dated: October 19, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE