MICHAEL M. GLESS, CASB No. 37935
BENTLEY P. STANSBURY III, CASB No. 229102
SIMON M. LEVY, CASB No. 305569
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, Suite 1400
Long Beach, California  90802
Telephone:     (562) 436-2000
Facsimile:      (562) 436-7416

Attorneys for Defendant
PEPPERIDGE FARM, INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:22-cv-00319-MCE-KJN<br><br>**JOINT STIPULATION AND REQUEST UNDER FRCP 16 TO EXTEND DISCOVERY AND PRETRIAL DEADLINES** |

**TO THE HONORABLE COURT:**

Plaintiff VITAL DISTRIBUTIONS, LLC, a California limited liability company ("Plaintiff") and Defendant PEPPERIDGE FARM, INCORPORATED ("Defendant") (collectively, the "Parties"), through their undersigned counsel of record, hereby stipulate, agree, and request as follows:

## **RECITALS**

1.  On February 18, 2022, the Court issued its Initial Pretrial Scheduling Order (ECF No. 3), which provides that "All discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty−five (365) days from the date upon which the last answer may be filed with the Court . . ."

///

1      2.    Defendant filed its Answer in this matter on March 24, 2023. Accordingly, the deadline to complete fact discovery (the "Discovery Cut Off Date") in this case is presently set for March 22, 2024.

    3.    The Parties are continuing to produce responsive documents in response to Requests for Production. The Parties are also continuing to meet and confer about various pending discovery disputes and anticipate that one or more motions to compel may be required. Further, the Parties are working to schedule depositions of witnesses which may take place outside of California.

    4.    Accordingly, the Parties agree that good cause exists under Federal Rule of Civil Procedure 16 to amend the existing Initial Pretrial Scheduling Order to extend the Discovery Cut Off Date, and have agreed that an extension of the Discovery Cut Off Date by a period of three (3) months, to June 24, 2024, would benefit the Parties by allowing them adequate time to resolve outstanding discovery issues and take depositions.

    5.    The Parties further agree that good cause exists under Federal Rule of Civil Procedure 16 to amend the existing Initial Pretrial Scheduling Order to extend all related pre-trial deadlines, as follows:

- Expert Witness Disclosures:  August 23, 2024
- Supplemental Expert Witness Disclosure:  September 23, 2024
- Dispositive Motion Filing:  December 20, 2024
- Joint Notice of Trial Readiness (if no dispositive motion filed):  October 23, 2024

**STIPULATION**

BASED ON THE FOREGOING RECITALS, THE PARTIES HEREBY STIPULATE AND JOINTLY REQUEST, under Federal Rule of Civil Procedure 16(b), that the Initial Pretrial Scheduling Order (ECF No. 3) be amended and the Discovery Cut Off Date in this case be extended

///

///

1  from March 22, 2024 by three (3) months, to June 24, 2024, and that all related pre-trial deadlines be
2  continued accordingly.
3
4        **IT IS SO STIPULATED**.
5
6
7  DATED: January 10 2024                  */s/ Jake C. Weaver*
                                           TORY E. GRIFFIN
8                                          JAKE C. WEAVER
                                           AVALON J. FITZGERALD
9                                          Attorneys for Plaintiff
10                                         VITAL DISTRIBUTIONS, LLC
11
12
13 DATED: January 10, 2024                 [signature: BPS]
                                           MICHAEL M. GLESS
14                                         BENTLEY P. STANSBURY III
                                           SIMON M. LEVY
15                                         KEESAL, YOUNG & LOGAN
                                           Attorneys for Defendant
16                                         PEPPERIDGE FARM, INCORPORATED
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -

**ORDER**

Based on the Parties' stipulation, and good cause appearing under Federal Rule of Civil Procedure 16(b), it is HEREBY ORDERED THAT the Initial Pretrial Scheduling Order (ECF No. 3) issued by this Court on February 18, 2022, is amended as follows:

- Fact Discovery completed: June 24, 2024
- Expert Witness Disclosures: August 23, 2024
- Supplemental Expert Witness Disclosure: September 23, 2024
- Dispositive Motion Filing: December 20, 2024
- Joint Notice of Trial Readiness (if no dispositive motion filed): October 23, 2024

All other deadlines and requirements set forth in the Initial Pretrial Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

Dated: January 12, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE