Tory E. Griffin (SBN 186181)
Jake C. Weaver (SBN 300962)
Avalon J. Fitzgerald (SBN 288167)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  tgriffin@rtwlawllp.com
Email:  jweaver@rtwlawllp.com
Email:  afitzgerald@rtwlawllp.com

Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>Defendants. | Case No.:  2:22-cv-00319-MCE-KJN<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Hearing Date:  March 21, 2024<br>Time:                 10:00 a.m.<br>Courtroom:         7<br>Judge:  Hon. Morrison C. England, Jr. |

After reviewing the moving papers and having considered the argument and evidence therein, as well as the record in its entirety, the Court orders as follows:

**<u>TEMPORARY RESTRAINING ORDER</u>**

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order is GRANTED. Accordingly, it is ordered that:

(1) Defendant Pepperidge Farm ("Pepperidge Farm") shall restore Vital Distributions' operations to the status quo that existed as of 4:00 p.m. PST on March 15, 2024;

(2) Pepperidge Farm is enjoined and restrained from restricting Vital Distributions' ability to conduct its business in the manner that Vital Distributions did prior to 4:00 p.m. PST on March 15, 2024;

(3) Pepperidge Farm is enjoined and restrained from removing, restricting, preventing or otherwise interfering with Vital Distributions' ability to order, sell, and deliver Pepperidge Farm products within Vital Distributions' exclusive Territory, as Vital Distributions did prior to 4:00 p.m. PST on March 15, 2024;

(4) Pepperidge Farm is enjoined and restrained from selling, transferring, trading, or modifying, or marketing any sale, transfer, trade, or modification of, any portion of Vital Distributions' operations within its exclusive Territory;

(5) Pepperidge Farm shall immediately reinstate and restore Vital Distributions' ability to use handheld computers and related systems relating to Vital Distributions' orders, inventory, and sales, consistent with the use of such computers and systems Vital Distributions had prior to 4:00 p.m. PST on March 15, 2024.

This order is to remain in effect until the Court may hear and decide whether a preliminary injunction should issue.

The Court finds no bond is required because there is no realistic likelihood of harm to Pepperidge Farm from enjoining the conduct herein.

Pursuant to Federal Rule of Civil Procedure 65(b)(4) and Local Rule 231(c)(8), if any affected party has not received notice of Motion for Temporary Restraining Order, such party has the right to apply to the Court for modification or dissolution of this Order on two (2) days' notice

or such shorter notice as the court may allow.

## HEARING ON MOTION FOR PRELIMINARY INJUNCTION

IT IS FURTHER ORDERED that a hearing on Vital Distributions' anticipated motion for a preliminary injunction is set for March 28, 2024, at 10:00 a.m. via Zoom.

Given that the Motion for Preliminary Injunction will be conducted by videoconference, not later than March 25, 2024, the parties are directed to file with the court: (1) a waiver of personal appearance; (2) consent to appear by videoconference; and (3) a proposed order addressing the same. Pursuant to Local Rule 137(b), regarding the requirements for proper filing of a proposed order, you are required to email the proposed order (in Microsoft Word) to chambers in addition to filing the PDF version via the CM/ECF system. If the parties fail to timely comply with this order, the matter will be continued on the court's own motion without further notice. A Zoom waiver and proposed order template for this hearing can be found on the Court's website at www.caed.uscourts.gov, by selecting the following menu items: Judges/All Judges/Senior United States Senior District Judge Morrison C. England, Jr. (MCE)/Motion Schedule (see hyperlink to the Zoom Waiver Template). If the parties fail to timely comply with this Order, the matter will be continued on the court's own motion without further notice.

IT IS FURTHER ORDERED that Vital Distributions shall file and serve any further papers in support no later than March 22, 2024. Pepperidge Farm shall file and serve any papers in opposition to the continued restraint no later than March 25, 2024. Vital Distributions shall file any reply no later than March 26, 2024.

IT IS SO ORDERED.

Dated: March 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE