UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-00319-MCE-KJN<br><br>**ORDER** |

　　Presently before the Court is Defendant Pepperidge Farm's Request for Emergency Telephonic Hearing to Modify, Stay or Dissolve TRO (ECF No. 72). Defendant has not raised any arguments not already considered by the Court. That Request is therefore DENIED. The March 28, 2024, hearing is hereby CONFIRMED.

　　IT IS SO ORDERED.

Dated: March 20, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1