

United States District Court
Eastern District of California

| Vital Distributions, LLC |
|---|
Plaintiff(s)

Case Number: 2:22-cv-00319

V.

| Pepperidge Farm, Inc. |
|---|
Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hannah Lynne Dwyer hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Pepperidge Farm, Incorporated

On 06/24/2019 (date), I was admitted to practice and presently in good standing in the New York Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 3/20/2024

Signature of Applicant: /s/ *Hannah Lynne Dwyer*

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Hannah Lynne Dwyer |
| Law Firm Name: | BraunHagey & Borden LLP |
| Address: | 118 W 22nd Street, 12th Floor |
| City: | New York   State: NY   Zip: 10011 |
| Phone Number w/Area Code: | (646) 829-9403 |
| City and State of Residence: | New York, NY |
| Primary E-mail Address: | dwyer@braunhagey.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Andrew Levine |
| Law Firm Name: | BraunHagey & Borden LLP |
| Address: | 351 California Street, 10th Floor |
| City: | San Francisco   State: CA   Zip: 94104 |
| Phone Number w/Area Code: | (415) 599-0210   Bar # 278246 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 21, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE