

# United States District Court
# Eastern District of California

| | |
|---|---|
| Vital Distributions, LLC | Case Number: 2:22-cv-00319 |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Pepperidge Farm, Inc. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Melissa Rae Ginsberg hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Pepperidge Farm, Incorporated

On  07/29/2009  (date), I was admitted to practice and presently in good standing in the  New York Supreme Court  (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date:  3/20/2024             Signature of Applicant: /s/ *Melissa Ginsberg*

**Pro Hac Vice Attorney**

Applicant's Name: Melissa Rae Ginsberg

Law Firm Name: BraunHagey & Borden LLP

Address: 118 W 22nd Street, 12th Floor

City: New York   State: NY   Zip: 10011

Phone Number w/Area Code: (646) 829-9403

City and State of Residence: New York, NY

Primary E-mail Address: ginsberg@braunhagey.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Andrew Levine

Law Firm Name: BraunHagey & Borden LLP

Address: 351 California Street, 10th Floor

City: San Francisco   State: CA   Zip: 94104

Phone Number w/Area Code: (415) 599-0210   Bar #: 278246

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 21, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE