UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC.<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br><br>Defendant. | No. 2:22-cv-00319-MCE-CKD<br><br><br><br>**ORDER** |

Defendant's Request for an In-Person Hearing (ECF No. 81) is GRANTED. Accordingly, the Zoom videoconference is vacated, and the hearing is CONFIRMED for 10:00 a.m. on Thursday, March 28, 2024, in Courtroom 7. All counsel of record, including pro hac vice counsel, are directed to appear in person before this Court at that time.

IT IS SO ORDERED.

Dated: March 22, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE