1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | VITAL DISTRIBUTIONS, LLC.          No.  2:22-cv-00319-MCE-CKD

12 |              Plaintiff,

13 |     v.                                  **ORDER**

14 | PEPPERIDGE FARM,
    INCORPORATED,

15

16 |             Defendant.

17 |       Having confirmed Plaintiff's Motion for Preliminary Injunction for an in-person

18 | hearing on March 28, 2024, at 10:00 a.m. in Courtroom 7, the Court hereby orders as

19 | follows:

20 |    1.  Any person that will speak or testify before the Court is ordered to appear in

21 |       person at the above time and place.  This does not mean that the Court will hear

22 |       from any person who appears.  However, the Court will not hear from any

23 |       individual not personally before it.

24 |    2.  The Court specifically requires the in-person attendance of the following people:

25 |       a.  Carl Holmes, the Manager and sole Member of Plaintiff Vital Distributions,

26 |          LLC ("Vital");

27 |       b.  John Lucas, the Regional Head for Defendant Pepperidge Farm,

28 |          Incorporated ("Pepperidge Farm");

c. Ann Munnelly, the Senior Paralegal for Campbell's who emailed the letter purporting to exercise Pepperidge Farm's buyout right to Vital on Friday, March 15, 2024 ("buyout letter");

d. The Pepperidge Farm authorized representative that should have signed the buyout letter.

Failure to comply with this Order will result in the imposition of sanctions upon no further notice to the parties.

Counsel is advised to monitor the electronic notices for this case. This will not be the Court's last order before the hearing.

IT IS SO ORDERED.

Dated:  March 23, 2024

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE