Tory E. Griffin (SBN 186181)
Jake C. Weaver (SBN 300962)
Avalon J. Fitzgerald (SBN 288167)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  tgriffin@rtwlawllp.com
Email:  jweaver@rtwlawllp.com
Email:  afitzgerald@rtwlawllp.com

Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>Defendants. | Case No.: 2:22-cv-00319-MCE-CKD<br><br>**REQUEST FOR RELIEF FROM COURT'S MARCH 22, 2024 ORDER (ECF No. 82);**<br><br>**ORDER** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Plaintiff Vital Distributions, LLC ("Vital") respectfully requests that the Court excuse attorney of record Tory E. Griffin from attending the March 28, 2024, hearing on Vital's Motion for Preliminary Injunction.

Mr. Griffin is lead counsel in an ongoing jury trial in Sacramento County Superior Court in the matter *Environmental Stewardship Foundation v. Vrame*, Case No. 34-2016-00201850. Mr. Griffin's jury trial commenced March 11, 2024, and thus, Mr. Griffin has been in trial since Pepperidge Farm purported to terminate and buyout Vital on the night of Friday, March 15, 2024.

Mr. Griffin's jury trial is pending before the Hon. Kenneth C. Mennemeier, and is set for six-to-eight weeks. Mr. Griffin is in trial Monday through Thursday, from 9:00 a.m. to 4:30 p.m. Mr. Griffin will be in trial on March 28, 2024, and is thus unable to attend the hearing in this matter.

Accordingly, Vital requests the Court excuse Mr. Griffin from attending the hearing before this Court on March 28, 2024. Vital's other counsel, Jake C. Weaver and Avalon Johnson Fitzgerald, will appear for Vital and are familiar with this matter.

Dated:  March 25, 2024                               REYNOLDS TILBURY WOODWARD LLP


By:  _____*/s/ Jake C. Weaver*_____
JAKE C. WEAVER
Attorneys for Plaintiff
VITAL DISTRIBUTIONS, LLC

## **ORDER**

Good cause appearing, the Court hereby excuses Tory E. Griffin, counsel for Plaintiff Vital Distributions, LLC, from appearing at the March 28, 2024, hearing on Plaintiff's Motion for Preliminary Injunction.

IT IS SO ORDERED.

Dated:  March 25, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE