J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Melissa Ginsberg, Esq. (*Pro Hac Vice*)
  ginsberg@braunhagey.com
Hannah Dwyer, Esq. (*Pro Hac Vice*)
  dwyer@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

ATTORNEYS FOR DEFENDANT
PEPPERIDGE FARM, INCORPORATED

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>     Plaintiff,<br><br>     v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>     Defendant. | Case No: 2:22-cv-00319-MCE-CKD<br><br>**REQUEST FOR RELIEF FROM COURT'S MARCH 22, 2024 ORDER (ECF NO. 82) AND ORDER** |

Defendant Pepperidge Farm, Incorporated ("Defendant" or "Pepperidge Farm") respectfully requests that the attorney of record for Defendant, Melissa Rae Ginsberg, be excused from the Court's March 22, 2024 Order (ECF No. 82) directing the appearance of all counsel at the in-person March 28, 2024 hearing (the "Hearing").

Ms. Ginsberg is currently undergoing treatment for a serious medical condition which requires continual medical treatment, including this week, on March 25, 2024.[1]  She is recovering from that treatment today and has been advised by her medical team not to travel long distances for the next several months.  All other counsel of record for Pepperidge Farm look forward to joining the Court in person at the hearing.

The undersigned alerted Plaintiff's counsel to this issue last Friday and had expected to file a joint motion stipulating to each side's request for excusal.  For avoidance of doubt, Pepperidge Farm has no objection to, and supports, Plaintiff's request filed earlier today (ECF No. 85), respecting the justifiable excuse for Plaintiff's counsel Tory Griffin.

Dated:  March 26, 2024                                          Respectfully submitted,

BRAUNHAGEY & BORDEN LLP

By: */s/  J. Noah Hagey*
         J. Noah Hagey

*Attorneys for Defendant*
*Pepperidge Farm, Incorporated*

---

[1] Ms. Ginsberg resides in New York and her treatment will continue for the next several months.

**ORDER**

Good cause appearing, the Court hereby excuses Melissa Rae Ginsberg, counsel for Defendant Pepperidge Farm, Incorporated, from appearing at the March 28, 2024 hearing on Plaintiff's Motion for a Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: March 26, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE