UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC.<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED,<br><br>Defendant. | No.  2:22-cv-00319-MCE-CKD<br><br><br><br>**ORDER** |

Plaintiff's Request for Clarification (ECF No. 101) is GRANTED.  The parties are not precluded from speaking through their attorneys to third party witnesses or potential witnesses during the course of discovery or preparation for trial.

IT IS SO ORDERED.

Dated:  April 12, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE