UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC. <br><br> Plaintiff, <br><br> v. <br><br> PEPPERIDGE FARM, INCORPORATED, <br><br> Defendant. | No. 2:22-cv-00319-MCE-CKD <br><br><br> **ORDER** |

The Court has reviewed Plaintiff's Status Report (ECF No. 102), Defendant's Response (ECF No. 104), and Plaintiff's Reply (ECF No. 108). The Court hereby finds that Defendant is in violation of both Magistrate Judge Newman's Order Compelling Discovery (ECF No. 44) as to Plaintiff's Requests for Production ("RFP") Nos. 40-43 and this Court's Order directing Defendant to produce documents responsive to the same.

When this Court directed the production of responsive evidence, it did not find that any of the discovery Plaintiff's sought was burdensome or overbroad. Indeed, no such showing has been made, either before Judge Newman or here. Nor did the Court hold that Defendant could withhold responsive material from its bakery divisions. Accordingly, Defendant is required to respond to Plaintiff's RFPs without unilaterally imposing self-serving constraints.

///

1  Defendant has twice been compelled to produce discovery, and it must produce
2  the responsive documents that clearly do exist.  This is Defendant's third and final
3  chance to produce responsive evidence of substance, including all communications—
4  which in turn includes text messages—taking place between Pepperidge Farm and its
5  3,000 distributors and between Pepperidge Farm employees responsive to Plaintiff's
6  RFPs.  There has been plenty of time to identify and produce this evidence since Plaintiff
7  propounded its discovery, since Judge Newman issued his order, and since this Court
8  ordered production itself.

9  Based on the Court's availability, it has set this matter for a hearing on the further
10 status of the Defendant's responses to those RFPs on April 25, 2024, at 11:00 a.m.
11 (PDT) via Zoom, which hearing is now CONFIRMED.  Not later than 12:00 p.m. (PDT)
12 on Wednesday, April 24, 2024, the parties are directed to file simultaneous briefing
13 regarding the further status of Defendant's production.  Unless substantial progress is
14 made, the parties should be prepared to discuss sanctions available to the Court to
15 remedy Defendant's failure to comply with its orders and the distinction, if any, between
16 bakery and snack products.

17 IT IS SO ORDERED.

18 Dated:  April 16, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE