1  Tory E. Griffin (SBN 186181)
2  Jake C. Weaver (SBN: 300962)
   Avalon J. Fitzgerald (SBN 288167)
3  REYNOLDS TILBURY WOODWARD LLP
   11601 Blocker Drive, Suite 105
4  Auburn, CA 95603
   Telephone: (530) 885-8500
5  Facsimile: (530) 885-8113
   tgriffin@rtwlawllp.com
6  jweaver@rtwlawllp.com
7  afitzgerald@rtwlawllp.com

8  Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

9
                        UNITED STATES DISTRICT COURT
10
                        EASTERN DISTRICT OF CALIFORNIA
11

12  VITAL DISTRIBUTIONS, LLC a            No.  2:22-cv-00319-MCE-CKD
    California limited liability company,
13                                         **WAIVER OF PERSONAL APPEARANCE
               Plaintiff,                  AND CONSENT TO CONDUCT HEARING
14                                         BY VIDEOCONFERENCE AND ORDER**
         v.
15
    PEPPERIDGE FARM, INCORPORATED,
16  a Connecticut corporation,

17             Defendant.

18      Under Local Rule 174(a)(1), Plaintiff Vital Distributions, LLC, by and through its

19  attorneys of record, waives its right to personally appear, and consents to appear by

20  videoconference at the hearing on Status Conference scheduled for April 25, 2024, at 11:00 a.m.

21  DATED: April 18, 2024                   REYNOLDS TILBURY WOODWARD LLP

22
                                            By:       */s/ Jake C. Weaver*
23                                                 Jake C. Weaver
                                            Attorneys for Plaintiff VITAL DISTRIBUTIONS,
24                                          LLC

25      IT IS SO ORDERED.

26  Dated: April 19, 2024

27
                                            _____
28                                          MORRISON C. ENGLAND, JR
                                            SENIOR UNITED STATES DISTRICT JUDGE

                                            1
    WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE