J. Noah Hagey, Esq. (SBN: 262331)
  hagey@braunhagey.com
Andrew Levine, Esq. (SBN: 278246)
  levine@braunhagey.com
BRAUNHAGEY & BORDEN LLP
351 California Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

Melissa Ginsberg, Esq. (*Pro Hac Vice*)
  ginsberg@braunhagey.com
BRAUNHAGEY & BORDEN LLP
118 W 22nd Street, 12th Floor
New York, NY 10011
Telephone: (646) 829-9403
Facsimile: (646) 403-4089

ATTORNEYS FOR DEFENDANT
PEPPERIDGE FARM, INCORPORATED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>　　　　　　　　Defendant. | Case No: 2:22-cv-00319-MCE-CKD<br><br>**WAIVER OF PERSONAL APPEARANCE AND CONSENT TO CONDUCT HEARING BY VIDEOCONFERENCE AND ORDER** |

1  Under Local Rule 174(a)(1), Defendant Pepperidge Farm, Incorporated, by and through its
2  attorney of record, waives its right to personally appear, and consents to appear by videoconference
3  at the Status Conference scheduled for April 25, 2024 at 11:00 a.m.

DATED: April 22, 2024

_____
J. Noah Hagey
*Attorneys for Defendant*
*Pepperidge Farm, Incorporated*

IT IS SO ORDERED.

Dated: April 22, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE