UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC. <br><br> Plaintiff, <br><br> v. <br><br> PEPPERIDGE FARM, INCORPORATED, <br><br> Defendant. | No.  2:22-cv-00319-MCE-CKD <br><br><br> **ORDER** |

On Thursday, April 25, 2024, this Court heard argument from the parties by Zoom with regard to the status of Defendant's further production of documents pursuant to Magistrate Judge Newman's Order Compelling Production, ECR No. 44, and this Court's two orders compelling production, ECF Nos. 98, 112.  In consideration of those arguments, the Court hereby orders[1] that:

    1.    With regard to scheduling, should counsel reach an agreement as to the modification of pretrial dates, they shall present any such joint request to the Court by way of a stipulation and proposed order.

    2.    Not later than Friday, May 3, 2024, at 5:00 p.m. (PDT), the parties shall submit to the Court a joint proposed order, or a joint status report if no agreement has been reached, as to how to alleviate the prejudice Plaintiff identified as occurring as a

---

[1] This written order supersedes any verbal statements of the Court at the April 25 hearing.

1

1 | result of Defendant failing to timely produce the reasonable and responsive documents
2 | requested in this case, and despite having been ordered by the magistrate judge and
3 | this Court to do so.  This is the Court offering the parties an opportunity to work together
4 | to remedy the prejudice to Plaintiff without the Court having to intervene under Rule 37.
5 | If no mutual agreement can be reached, the Court will fashion a remedy.
6 |       3.     The July 25, 2024, Final Pretrial Conference and the September 3, 2024,
7 | Trial are CONFIRMED.
8 |       IT IS SO ORDERED.
9 | Dated:  April 28, 2024

_____  
MORRISON C. ENGLAND, JR  
SENIOR UNITED STATES DISTRICT JUDGE

2