1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11   VITAL DISTRIBUTIONS, LLC.              No.  2:22-cv-00319-MCE-CKD

12            Plaintiff,

13       v.                                 **ORDER**

14   PEPPERIDGE FARM,
     INCORPORATED,
15
              Defendant.
16

17          Defendant's Objections to the Third Supplemental Pretrial Order (ECF No. 144)

18   are OVERRULED, and the request for additional trial days is DENIED.  The Court

19   nonetheless clarifies that the seven (7) days allotted for trial will not include jury

20   selection.  To be clear, jury selection will take place on September 3, 2024, and the

21   seven (7) days allotted for the presentation of evidence will begin on September 4, 2024,

22   at 9:00 a.m. (PDT) in courtroom 7.  Not later than May 17, 2024, at 5:00 p.m. (PDT), the

23   parties shall file a proposed trial schedule and proposed order with the Court addressing

24   the requested timing for both the case in chief and any defenses as well as for opening

25   statements and closing arguments.

26          IT IS SO ORDERED.

27   DATED:  May 15, 2024

     MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

28

                                          1