Jake C. Weaver (SBN 300962)
Avalon J. Fitzgerald (SBN 288167)
REYNOLDS TILBURY WOODWARD LLP
11601 Blocker Drive, Suite 105
Auburn, CA  95603
Telephone: (530) 885-8500
Facsimile: (530) 885-8113
Email:  jweaver@rtwlawllp.com
Email:  afitzgerald@rtwlawllp.com

Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PEPPERIDGE FARM, INCORPORATED, a Connecticut corporation,<br><br>Defendants. | Case No.:  2:22-cv-00319-MCE-CKD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Vital Distributions, LLC and Defendant Pepperidge Farm, Incorporated (collectively, the "Parties"), that this action shall be voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate and agree that the preliminary injunction issued by this Court on March 28, 2024 and confirmed in the Court's Order dated April 6, 2024 (ECF No. 98) shall be dissolved. The Parties have agreed to bear their own respective costs and fees in this matter.

///

///

///

Dated: June 14, 2024

REYNOLDS TILBURY WOODWARD LLP

By: */s/ Jake C. Weaver*
    Jake C. Weaver
    Avalon J. Fitzgerald
    Attorneys for Plaintiff VITAL DISTRIBUTIONS, LLC

Dated: June 14, 2024

BRAUNHAGEY & BORDEN LLP

By: */s/ Christman Rice (as authorized on 6/14/24)*
    Christman Rice
    Attorneys for Defendant
    PEPPERIDGE FARM, INCORPORATED