FILED

JUN 17 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VITAL DISTRIBUTIONS, LLC, a California limited liability company,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>PEPPERIDGE FARM, INC., a Connecticut corporation,<br><br>　　　　Defendant - Appellant. | No. 24-2118<br><br>D.C. No. 2:22-cv-00319-MCE-CKD<br>Eastern District of California, Sacramento<br><br>ORDER |

Based upon the Parties' Joint Stipulation of Dismissal (Dkt. No. 36), the appeal in No. 24-2118 is dismissed. Fed. R. App. P. 42(b). Each party shall bear its own costs and fees. This order constitutes the mandate in this matter.

　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　CLERK OF COURT